

# NUMBER 13-22-00206-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

THE STATE OF TEXAS,                                               Appellant,

v.

MINERVA M. PENA,                                                  Appellee.

### On appeal from the 404th District Court
### of Cameron County, Texas.

# MEMORANDUM OPINION

### Before Justices Longoria, Hinojosa, and Silva
### Memorandum Opinion by Justice Hinojosa

This cause is before the Court on the State of Texas's motion to dismiss this appeal. The motion was signed by counsel for the State, and we find the motion meets the requirement of Texas Rule of Appellate Procedure 42.2(a). Without passing judgment on the merits of the case, the motion to dismiss is granted, and the appeal is hereby dismissed.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

LETICIA HINOJOSA<br>
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
7th day of July, 2022.